## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:  TAMEQUA DANIELE WALTON, | ) | CHAPTER  13 |
| | ) | |
| | ) | CASE NO. 16-62319-LRC |

---------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| MATRIX RESIDENTIAL, LLC, | ) | |
| A/A/F TREES OF AVALON APARTMENTS, | ) | |
| | ) | **CONTESTED MATTER** |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| TAMEQUA DANIELE WALTON, Debtor, | ) | |
| LYNDIA PARROT, Co-Debtor, | ) | |
| ADAM M. GOODMAN, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from Automatic Stay and Co-Debtor Stay has been filed in the above-styled case seeking an Order Granting Relief from the Automatic Stay and Co-Debtor Stay.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive SW, (Spring Street, SW), Atlanta, Georgia, at 1:15 P.M. on October 13, 2016.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file

1

a written response, you must attach a certificate stating when, how and on whom (including

address) you served the response.  Mail or deliver your response so that it is received by the

Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk,

U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, (Spring Street, SW), Atlanta,

Georgia.  You must also mail a copy of your response to the undersigned at the address stated

below.

      If a hearing on the motion for relief from the automatic stay cannot be held within thirty

(30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of

filing the motion and agrees to a hearing on the earliest possible date.  Movant consents to the

automatic stay remaining in effect until the court orders otherwise.

Dated:   September 22, 2016

                        /s/ Justin D. Kreindel
                        **Attorney for Movant**
                        **State Bar No. 550128**
                        **2970 Clairmont Road**
                        **Suite 220**
                        **Atlanta, GA  30329**
                        **404-633-5114**
                        **jkreindel@apartmentlaw.com**

2

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE:  TAMEQUA DANIELE WALTON, | ) | CHAPTER  13 |
| | ) | |
| | ) | CASE NO. 16-62319-LRC |

-------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| MATRIX RESIDENTIAL, LLC, | ) | |
| A/A/F TREES OF AVALON APARTMENTS, | ) | |
| | ) | **CONTESTED MATTER** |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| TAMEQUA DANIELE WALTON, Debtor, | ) | |
| LYNDIA PARROT, Co-Debtor, | ) | |
| ADAM M. GOODMAN, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

`        **COMES NOW** Matrix Residential, LLC a/a/f Trees of Avalon Apartments, by and

through counsel, and hereby moves the Court as follows:

1.

This Court has jurisdiction over this contested matter pursuant to 28 USC 1471 and 11

USC 362, 363, and 1301(c).

2.

The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on July 15, 2016.

3.

Movant is the lessor of the premises where the Debtor resides at 2405 Trees of Avalon

Parkway, McDonough, Georgia 30253.

3

4.

Debtor leased said property from Movant under a written lease agreement at a monthly rental rate of $1,065.00 with a late fee of $120.00.

5.

The Debtor owes pre-petition rent for the months of April through July 2016 in the amount of $4,995.00 and post-petition rent for the month of August 2016 in the amount of $1,185.00.

6.

Because of Debtor's default and clear inability to make her required rent payments, Movant is not adequately protected and is entitled to relief from the automatic stay.  Movant's interest would also be irreparably harmed by the continuation of the automatic stay and co-debtor stay.

7.

Debtor has a mere possessory interest in the property.

8.

By reason of the foregoing, continuation of the automatic stay of 11 USC 362(a) will work real and irreparable harm to Movant.

9.

Debtor is still in possession of the premises, and Movant is not adequately protected as required under 11 USC 1322(b)(7).  Therefore Debtor is required pursuant to 11 USC Section 365(b)(4) to return possession to the lessor.

**WHEREFORE,** Petitioner prays for:

1. An Order terminating the automatic stay and co-debtor stay authorizing Movant to proceed with eviction proceedings in State Court;

2. An Order requiring Debtor to assume or reject the residential lease agreement;

3. Possession of the premises;

4. A waiver of Bankruptcy Rule 4001(a)(3);

5. Reasonable attorney's fees; and/or

6. Such other and further relief as is just and proper.

This the 22nd day of September, 2016.

/s/ Justin D. Kreindel
Justin D. Kreindel
Attorney for Movant
State Bar No. 550128

2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114
jkreindel@apartmentlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:  TAMEQUA DANIELE WALTON, | ) | CHAPTER  13 |
| | ) | |
| | ) | CASE NO. 16-62319-LRC |

-------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| MATRIX RESIDENTIAL, LLC, | ) | |
| A/A/F TREES OF AVALON APARTMENTS, | ) | |
| | ) | **CONTESTED MATTER** |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| TAMEQUA DANIELE WALTON, Debtor, | ) | |
| LYNDIA PARROT, Co-Debtor, | ) | |
| ADAM M. GOODMAN, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

### CERTIFICATE OF SERVICE

I, Justin D. Kreindel, of 2970 Clairmont Road, Suite 220, Atlanta, Georgia 30329

certify:

That I am at all times hereinafter mentioned was, more than 18 years of age:

That on September 22, 2016, I served a copy of the within NOTICE OF ASSIGNMENT

OF HEARING together with the MOTION FOR RELIEF FROM STAY AND CO-DEBTOR

STAY filed in this bankruptcy matter on the following respondents via U.S. First Class Mail

addressed as follows:

> Adam M. Goodman
> Adam M. Goodman, 13 Trustee
> Suite 200
> 260 Peachtree Street
> Atlanta, GA 30303
>
> Tamequa Daniele Walton
> 2405 Trees of Avalon
> McDonough, GA 30253

David G. Poston
The Cochran Firm Bkr, LLP
Suite 150
547 Ponce de Leon Avenue
Atlanta, GA 30308

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.

Executed on:   September 22, 2016                    /s/  Justin D. Kreindel
                                                    Justin D. Kreindel
                                                    Attorney for Movant
                                                    State Bar No. 550128

2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114
jkreindel@apartmentlaw.com

L:\2MIKE\BANKRUPT\2016 Motions\Trees of Avalon - Tamequa Walton - MFR.docx